Stuart Price, Esq. (SNB: 150439)
stuart@pricelawgroup.com
**PRICE LAW GROUP, APC**
15760 Ventura Boulevard, Suite 800
Encino, CA 91436
Telephone: 818-907-2030
Facsimile: (818) 205-2730

Attorneys for Plaintiff,
BRENDA CISNEROS

David J. Kaminski (SBN 128509)
KaminskiD@cmtlaw.com
J. Grace Felipe (SBN 190893)
FelipeG@cmtlaw.com
**CARLSON & MESSER LLP**
9841 Airport Boulevard, Suite 1200
Los Angeles, California 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222

Counsel for Defendant,
CREDIT ONE BANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CISNEROS,<br><br>    Plaintiff,<br><br>    v.<br><br>CREDIT ONE BANK, N.A., a Nevada Corporation; and Does 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: 2:17-cv-01108-ODW-PLA<br><br>**STIPULATION TO STAY CASE AND COMPEL ARBITRATION** |

**IT IS HEREBY STIPULATED TO BY AND BETWEEN** Plaintiff BRENDA CISNEROS ("Plaintiff") and Defendant CREDIT ONE BANK, N.A. ("Defendant"), through their undersigned counsel, as follows:

WHEREAS, Plaintiff commenced this action by filing a complaint against Defendant on or about February 10, 2017 [*See* Docket No. 1, Complaint.];

WHEREAS, Plaintiff and Defendant (hereinafter, "the Parties") have since agreed to arbitrate all of the claims in this case pursuant to a written arbitration agreement;

WHEREAS, Plaintiff reserves her right to request a lift of the stay of the action and proceed in federal court in the event that Plaintiff's claims are not arbitrated or otherwise resolved, and

WHEREAS, the Parties therefore respectfully request that this Court enter the Agreed Order submitted herewith which orders that all of the claims in this lawsuit be submitted to final, binding arbitration and that this lawsuit be stayed.

WHEREFORE, the Parties respectfully request that this Court enter the Agreed Order submitted herewith.

**IT IS SO STIPULATED.**

Dated:  April 5, 2017        **PRICE LAW GROUP, APC**

                             By: /s/ Stuart M. Price
                                 Stuart M. Price
                                 *Attorneys for Plaintiff*

Dated:  April 5, 2017        **CARLSON & MESSER LLP**

                             By:  /s/ J. Grace Felipe
                                  David J. Kaminski
                                  J. Grace Felipe
                                  *Attorneys for Defendant*

## ATTESTATION AND CERTIFCATE OF SERVICE

I, J. Grace Felipe, am the ECF user whose identification and password are being used to file the **STIPULATION TO STAY CASE AND COMPEL ARBITRATION**, and pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Stipulation Extending Defendant's Time to Respond to Complaint provided their authority and concurrence to file that document.

Dated:  March 15, 2017          By:  /s/ J. Grace Felipe
                                        J. Grace Felipe