JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CISNEROS, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT ONE BANK, N.A., a Nevada Corporation; and Does 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:17-cv-01108-ODW-PLA <br><br> **ORDER RE: STIPULATION TO STAY CASE AND COMPEL ARBITRATION** |

Pursuant to Stipulation and agreement of the Parties, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Plaintiff will advance her claims asserted in this lawsuit as via binding arbitration provided for in the governing Arbitration Agreement.

2. This case is stayed with each party to bear its own fees and costs.

/ / /

/ / /

/ / /

3.     The Clerk of the Court shall close the case.  The Parties shall notify the Court within fourteen (14) days after the conclusion of arbitration or receipt of an arbitral ruling, whichever is later, and inform the Court whether the stay should be lifted and the matter reopened.

IT IS SO ORDERED this 10th day of April, 2017.

 _____
Hon. Otis D. Wright
UNITED STATES DISTRICT JUDGE